DIXON, Justice
(concurring).
I respectfully concur.
Act 191 of 1968 reorganized the parole board. The administrative procedure act (R.S. 49:951 et seq.) is Act 382 of 1966.
The board of parole act catalogs the duties and the powers of the board of parole. Detailed procedures are set up in the act. Although parole is termed “an administrative device” in the act, the decisions of the board are discretionary and there is, in general, no right of appeal from a decision of the board. R.S. 15:574.11. The information obtained by the board or its staff is confidential, and not subject to public inspection. R.S. 15:574.12-.
Consequently, it is apparent that the legislature, in its later enactment of provisions governing the board of parole, did not intend for the earlier administrative procedures act to apply.